1  Mary P. Derner (SB# 142644)
   SPAULDING McCULLOUGH & TANSIL LLP
2  90 South E Street, Suite 200
   P.O. Box 1867
3  Santa Rosa, CA  95402
   Telephone:     (707) 524-1900
4  Facsimile:     (707) 524-1906
   derner@smlaw.com
5
   Attorneys for Defendants and Counterclaimants
6  PUBLIC PENSION PROFESSIONALS, INC., a
   California Corporation, IRA M. SUMMER
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  EVANSTON INSURANCE COMPANY, an         Case No.:  C 09-01755 CW
    ILLINOIS CORP.,
12                                          **STIPULATION AND ORDER
                    Plaintiff,              CONTINUING INITIAL CASE
13                                          MANAGEMENT CONFERENCE AND
           vs.                              DEADLINES**
14
    PUBLIC PENSION PROFESSIONALS, a
15  California Corp., IRA M. SUMMER, an
    individual, and FRESNO COUNTY
16  EMPLOYEES' RETIREMENT ASSOCIATION

17                  Defendants.

18
    PUBLIC PENSION PROFESSIONALS, INC., a
19  California Corp., IRA M. SUMMER, an
    individual,
20
                    Counterclaimants,
21
           vs.
22
    EVANSTON INSURANCE COMPANY, an
23  ILLINOIS CORPORATION,

24                  Counterdefendant.

25

26         The parties hereto, by and through their counsel, John M. Hochhausler of Manning & Marder

27  Kass, Ellrod, Ramirez LLP for Plaintiff and Counterdefendant Evanston Insurance Company, an

28  Illinois Corporation (hereinafter "Evanston"), Bryan C. Vess of Bryan C. Vess APC for Defendant

1

1  Fresno County Employees' Retirement Association (hereinafter "FCERA") and Mary P. Derner of

2  Spaulding McCullough & Tansil LLP for Defendants and Counterclaimants Public Pension

3  Professionals, Inc., a California Corporation and Ira M. Summer (hereinafter "PPP and "Summer")

4  do hereby stipulate and request this Court as follows:

5       WHEREAS, on July 21, 2009, the Court issued an Order Continuing Initial Case

6  Management Conference And Deadlines (hereinafter the "Order").  Pursuant to the Order, the Court

7  set (1) September 14, 2009 as the last day to meet and confer regarding initial disclosures, early

8  settlement, ADR selection and discovery plan; (2) September 28, 2009 as the last day to complete

9  initial disclosures, file Rule 26(f) Report, state objections in Rule 26(f) Report and file Joint Case

10  Management Statement; and (3) October 6, 2009 for Initial Case Management Conference.

11       WHEREAS, on August 20, 2009, PPP and Summer filed a Motion To Stay Insurance

12  Coverage Action During The Pendency Of Underlying Liability Action Or, Alternatively, To Stay

13  Discovery By Plaintiff Evanston Insurance Company.  The hearing on the Motion to Stay this action

14  is scheduled for September 24, 2009 at 2:00 p.m. in Courtroom 2.

15       WHEREAS, because of the filing of the Motion to Stay this action, the parties have jointly

16  agreed and stipulated to respectfully request this Court continue the Initial Case Management

17  Conference and all deadlines set in its July 21, 2009 Order in order that the parties may save the time

18  and expense of preparing initial disclosures, a Rule 26(f) Report and a Joint Case Management

19  Statement if this action is stayed by the Court.  Continuing these deadlines and the Initial Case

20  Management Conference will not prejudice either party or their counsel and will promote judicial

21  economy.

22       WHEREAS, the parties agree the following constitutes good cause to continue the Initial Case

23  Management Conference, the deadlines for meet and confer regarding initial disclosures, the initial

24  disclosures, filing of a Rule 26(f) Report and filing of a Joint Case Management Statement.

25       IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendants, though their

26  respective attorneys of record, that the Initial Case Management Conference currently set for

27  October 6, 2009 at 2:00 p.m., Courtroom 2, be continued to November 17, 2009, or to a date and time

28

2

1   that the Court may deem appropriate.[1]  The parties further stipulate to extend the following deadlines

2   accordingly:  (1) last day to meet and confer regarding initial disclosures, early settlement, ADR

3   selection and discovery plan and file ADR certification and either Stipulation to ADR or Notice of

4   Need for ADR Phone Conference will be October 6, 2009; (2) last day to complete initial disclosures,

5   file Joint Case Management Statement, file/serve Rule 26(f) Report and state objections, will be

6   October 19, 2009.

7         *Pursuant to General Order 45, section X.B., I hereby attest that all parties concur in the filing*

8   *of the Stipulation And [Proposed] Order Continuing Initial Case Management Conference And*

9   *Deadlines.*

10        IT IS SO STIPULATED.

11  DATED:  September 3, 2009              MANNING & MARDER KASS, ELLROD,
                                          RAMIREZ LLP
12                                        Attorneys for Plaintiff and Counterdefendant
                                          EVANSTON INSURANCE COMPANY
13

14                                        By:  _____/s/_____
15                                             JOHN M. HOCHHAUSLER

16  DATED:  September 3, 2009              BRYAN C. VESS APC
                                          Attorneys for Defendant
17                                        FRESNO COUNTY EMPLOYEES' RETIREMENT
                                          ASSOCIATION
18

19
                                          By:  _____/s/_____
20                                             BRYAN C. VESS

21

22  DATED:  September 3, 2009              SPAULDING McCULLOUGH & TANSIL LLP
                                          Attorneys for Defendants and Counterclaimants
23                                        PUBLIC PENSION PROFESSIONALS,
                                          a California Corporation and IRA M. SUMMER
24

25                                        By:  _____/s/_____
26                                             MARY P. DERNER

27  _____

    [1]      Judge Wilken is unavailable on October 27, 2009 and November 3, 2009 and November 10,
28  2009.

1

## <u>ORDER</u>

2    Having reviewed the Stipulation of the parties, and good cause appearing, IT IS HEREBY

3 ORDERED that:

4    1.    The Initial Case Management Conference on October 6, 2009, at 2:00 p.m. is

5 continued to November 17, 2009, Courtroom 2 at 2:00 p.m.;

6    2.    The last day to meet and confer regarding initial disclosures, early settlement, ADR

7 selection and discovery plan and file ADR certification and either Stipulation to ADR or Notice of

8 Need for ADR Phone Conference is October 6, 2009; and

9    3.    The last day to complete initial disclosures, file a Joint Case Management Statement,

10 file/serve Rule 26(f) Report and state objections is October 19, 2009.

11    PURSUANT TO STIPULATION, IT IS SO ORDERED.

12         9/9/09

13 DATED: _____    _____

14                                  CLAUDIA WILKEN
                                    UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL
CASE MANAGEMENT CONFERENCE AND DEADLINES - C 09-01755 CW**