IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>   v.<br><br>PUBLIC PENSION PROFESSIONALS, a California Corp., IRA M. SUMMER, an individual and FRESNO COUNTY EMPLOYEE'S RETIREMENT ASSOCIATION<br><br>         Defendants.<br>_____<br><br>PUBLIC PENSION PROFESSIONALS, INC. a California Corp., IRA M. SUMMER, an individual,<br><br>         Counterclaimants,<br><br>   v.<br><br>EVANSTON INSURANCE COMPANY, an ILLINOIS CORPORATION,<br><br>         Counterdefendants.<br>_____/ | No. C 09-01755 CW<br><br>ORDER TAKING DEFENDANTS' MOTION TO STAY UNDER SUBMISSION |

    Notice is hereby given that the Court, on its own motion, shall take Defendants' motion to stay under submission on the papers.  The hearing previously scheduled for September 24, 2009, is vacated.

    IT IS SO ORDERED.

Dated: 09/23/09

_____
CLAUDIA WILKEN
United States District Judge