1  John M. Hochhausler
   State Bar No. 143801
2  MANNING & MARDER
   KASS, ELLROD, RAMIREZ LLP
3  801 South Figueroa Street, 15th Floor
   Los Angeles, CA 90017
4  Telephone: (213) 624-6900
   Email: jmh@mmker.com
5
   Attorneys for Plaintiff
6  Evanston Insurance Company

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an ILLINOIS CORP., <br><br> Plaintiff, <br><br> vs. <br><br> PUBLIC PENSION PROFESSIONALS, a California Corp., IRA M. SUMMER, an individual, and FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No.: C09-01755 CW <br><br> **NOTICE OF SETTLEMENT AND REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF-CALENDAR** <br><br> Date: December 22, 2009 <br> Time: 2:00 p.m. <br> Dept.: 2 |

-1-

G:\docsdata\jmh\Shand.2471\Public Pension\Pleadings\Notice of settlement.wpd

NOTICE OF SETTLEMENT AND REQUEST TO TAKE CMC OFF-CALENDAR

This is an insurance coverage case that was stayed by the Court pending resolution of the underlying case. (See Dckt. 29). The Court set a Case Management Conference for December 22, 2009 at 2:00 p.m. to monitor the status of the dispute. A global settlement has been reached of both the underlying action and this action. The written settlement agreement is currently being drafted. A stipulation for dismissal of this action should be filed in the next few weeks. The parties request the Court to continue the Case Management Conference for thirty days.

Dated:   December 7, 2009

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: _____
John M. Hochhausler
Attorneys for Plaintiff and
Counterdefendant Evanston Insurance
Company

**THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO 4/6/10 @ 2:00 P.M.**



IT IS SO ORDERED AS MODIFIED
Judge Claudia Wilken